9-16-15

LORENZO D. JONES
TR. CT. No 1388256-A
WR-83,826-01
83,826-01

"TEXAS LEGISLATURE"

A BILL WAS PASSED THAT CODIFIED THE RULE OF LENITY, AN ESSENTIAL AND LONG-HELD DOCTRINE THAT REQUIRES A JUDGE TO CONSTRUE OBJECTIVELY AMBIGUOUS CRIMINAL STATUTES IN FAVOR OF THE DEFENDANT, WITH THE PROLIFERATION OF CRIMINAL OFFENSE FOR BEHAVIOR NEVER BEFORE CRIMINALIZED AND OFTEN VAGUELY WRITTEN. IT IS IMPORTANT TO GRANT PROTECTION TO INDIVIDUALS WHO MAY HAVE NEVER REALIZED THAT THEY WERE COMMITTING A CRIME.

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 21 2015

Abel Acosta, Clerk

LORENZO D. JONES
TR. CT NO. 1388256-A
WR-83,826-01

P.1

## THE UNITED STATES SUPREME COURT MAJORITY
## 7-2 RULING

IN A NARROW FREE-SPEECH RULING, THE UNITED STATES SUPREME COURT MADE IT A LITTLE HARDER MONDAY JUNE 1ST 2015 TO PROSECUTE PEOPLE FOR MAKING THREATENING STATEMENTS. WHILE STEERING CLEAR OF THE FIRST AMENDMENT, THE COURT IN A 7-2 DECISION REVERSED THE CONVICTION OF A PENNSYLVANIA MAN WHOSE FACEBOOK POSTINGS SEEMED THREATENING TO HIS ESTRANGED WIFE. THE COURT SAID PROSECUTORS NEEDED TO PROVE THAT THE SPEAKER HAD SOME AWARENESS THAT HE WAS DOING SOMETHING WRONG. FEDERAL CRIMINAL LIABILITY GENERALLY DOES NOT TURN SOLELY ON THE RESULTS OF AN ACT WITHOUT CONSIDERING THE DEFENDANTS MENTAL STATE. CHIEF JUSTICE JOHN ROBERTS JR. WROTE. WRONGDOING MUST BE CONSCIOUS TO BE CRIMINAL. THE REASONING IN ROBERT'S MAJORITY OPINION MIGHT HELP OTHERS IN SIMILAR CIRCUMSTANCES. STEVEN R. SHAPIRO, NATIONAL LEGAL DIRECTOR OF THE AMERICAN CIVIL LIBERTIES UNION, PRAISED THE DECISION AS ONE THAT PROPERLY RECOGNIZES THAT THE LAW HAS

## THE UNITED STATES SUPREME
## COURT MAJORITY
## 7-2 RULING

CONTINUE:

FOR CENTURIES REQUIRED THE GOVERMENT TO PROVE CRIMINAL INTENT BEFORE PUTTING SOMEONE IN JAIL. THAT PRINCIPLE IS ESPECIALLY IMPORTANT WHEN A PROSECUTION IS BASED ON A DEFENDANT'S WORDS SHAPIRO SAID IN A STATEMENT. ROBERTS NOTED THAT ELONIS CONVICTION WAS PREMISED SOLELY ON HOW HIS STATEMENTS POSTED WOULD BE UNDERSTOOD BY A REASONABLE PERSON. ROBERTS SAID THAT WHILE THE REASONABLE PERSON STANDARD WAS A FAMILIAR FEATURE OF CIVIL LIABILITY IN TORT LAW, IT IS INCONSISTENT WITH THE CONVENTIONAL REQUIREMENT FOR CRIMINAL CONDUCT AWARENESS OF SOME WRONGDOING.

"NO ENABLING LEGISLATION IS REQUIRED" THE UNITED STATES SUPREME COURT IS THE LAW OF THE LAND. CONGRESS SHALL MAKE NO LAW ABRIDGING FREE SPEECH. THE STATE OF TEXAS HAS MADE A LAW ABRIDGING MY RIGHT TO FREE SPEECH UNDER THE 1ST AMENDMENT OF THE CONSTITUTION.